DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARIA ISABEL LOPEZ-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0383 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| MARIA ISABEL LOPEZ-MENDOZA, aka Angeles Maria Walle-Mendoza, | ) ) ) | Date: July 30, 2007 Time: 9:00 A.M. Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for June 25, 2007, **may be continued to July 30, 2007 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense preparation and further investigation prior to hearing, and will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                        McGREGOR M. SCOTT
                                        United States Attorney

DATED: June 18, 2007            By  /s/ Kathleen A. Servatius
                                        KATHLEEN A. SERVATIUS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: June 18, 2007            By  /s/ Marc Days
                                        MARC DAYS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MARIA ISABEL LOPEZ-MENDOZA
```

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 19, 2007**              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; and [Proposed] Order Thereon                2